**No. 62348.**—Tacro, Inc., et al. *v.* United States, protests 273983–K, etc. (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise is composed wholly or in chief value of wood, the claim of the plaintiffs was sustained.

SEPTEMBER 29, 1958

**No. 62349.**—SUIT 4932.—United States *v.* Charles H. Demarest, Inc.—

—C. D. 1895 reversed May 23, 1958. C. A. D. 682.

BEFORE THE FIRST DIVISION, OCTOBER 6, 1958

**No. 62350.**—Manca, Inc. *v.* United States, protests 330631–K, 58/778, and 58/4488 (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras, not specially provided for, similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.